JOSEPH A. ROSEN, Doing Business, etc., v. JACOB SEVILLE and Another.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

W. IRVING HERSKOVITS FUR Co., INC., v. MICHAEL HOLLANDER.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted. Present — Finch, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

HY-MARK MANUFACTURING COMPANY v. NEW YORK STATE FIRE INSURANCE COMPANY.— Motion denied, with ten dollars costs. Present — McAvoy, Martin, O'Malley and Sherman, JJ.

In the Matter of the Arbitration between J. L. DE BALL & COMPANY SUCCESSORS, LTD., v. ROYAL TEXTILE COMPANY.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

BEATRICE P. TRENKMAN v. CLAIR SMITH, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

EVELYN BUILDING CORPORATION v. THE CITY OF NEW YORK and LA ROCCA CONSTRUCTION CORPORATION.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

KLASKO FINANCE CORPORATION and Another v. BELLEAIRE HOTEL CORPORATION and Others. ABRAHAM I. SPIRO, as Receiver, etc., and TEN EAST SIXTIETH STREET RESTAURANT CORPORATION.— Motion denied and stay vacated. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

PHILIP GOLDSTON and Another v. PARK LANE DRESSES, INC., Impleaded, etc.— Motion denied, without prejudice to an application at Special Term. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

MARY ETHERTON GUNNELL, Respondent, v. " GEORGE " ALBERT BAUMANN, First Name " George " Being Fictitious, etc., Respondent, and BORDEN's FARM PRODUCTS Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

GEORGE J. FINGER and Another, as Executors, etc., v. ERIE RAILROAD COMPANY.— Motion to dismiss appeal granted. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

GEORGE J. FINGER and Another, as Executors, etc., v. ERIE RAILROAD COMPANY.— Motion to dismiss appeal granted with leave to defendant to answer within ten days from service of order. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Judicial Settlement of the Intermediate Accounts of Proceedings of BANK OF NEW YORK AND TRUST COMPANY (Formerly NEW YORK LIFE INSURANCE AND TRUST COMPANY), as Trustee, etc., of HORACE M. KILBORN, Deceased.— Motion to dismiss appeal denied. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of FRANK GENTNER v. GROVER A. WHALEN, as Police Commissioner of the City of New York.— Motion to dismiss order of certiorari denied. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

MORRIS ZACK v. JEREMIAH ZADO NOORIAN and Others and EQUITABLE